IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CASSIE BOWEN; DANIEL JEFF
GALLEGOS; CAROL GRIEGO;
FRANCISCO MELENDEZ; REYNALDA
MONTOYA; BOBBY RAY MORA; GARY
PREZBINDOWSKI; WILLIAM ANTHONY
SANCHEZ and BARBARA TURPIN,

      Plaintiffs,

vs.                                              No. CIV 24-0058 JB/JFR

FEDERAL EMERGENCY MANAGEMENT
AGENCY and ANGELA GLADWELL, in her
official capacity as Administrator of the Federal
Emergency Management Agency,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulated Dismissal, filed August 5, 2024 (Doc. 40)("Stipulated Dismissal"). In the Stipulated Dismissal, the Plaintiffs stipulate to the dismissal with prejudice of all claims against the Defendants. See Stipulated Dismissal at 1. Given that there are no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) all the Plaintiffs' claims against the Defendants are dismissed with prejudice; (ii) the Complaint, filed January 16, 2024 (Doc. 1), is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Brian S. Colon
Jacob Payne
Robert J. Sanchez
Singleton Schreiber LLP
Albuquerque, New Mexico

-- and --

Gerald Singleton
Jonna Lothyan
Benjamin I. Siminou
Singleton Schreiber LLP
San Diego, California

    *Attorneys for the Plaintiffs*

Alexander M.M. Uballez
  United States Attorney
Nicholas M. Sydow
Samantha E. Kelly
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendants*